1

2

3

4

5

6

7

8

9

10

11

12            UNITED STATES DISTRICT COURT

13           CENTRAL DISTRICT OF CALIFORNIA

14

15   RHONDA L. FAGAN,                    )  CASE NO. 5:16-cv-01610-DOC-KKx
                                         )  (Assigned to United States District
16          Plaintiff,                   )  Judge David O. Carter)
                                         )
17   v.                                  )  **JUDGMENT**
                                         )
18                                       )
19   SAN BERNARDINO CITY UNIFIED         )
     SCHOOL DISTRICT, DALE               )
20   MARSDEN, HAROLD                     )
21   VOLLKOMMER, PERRY WISEMAN, )
     THOMAS HALDORSEN, GORDON            )
22   AMERSON, ROSE LALAMAS, AND          )
23   ANTOINETTE FULCHER                  )
     GUTIERREZ,                          )
24                                       )
25          Defendants.                  )
26   _____)

27

28   / / /

**Cummings, McClorey,
Davis, Acho
& Associates, P.C.**
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

**JUDGMENT**

Having reviewed Defendants' Motion for Summary Judgment or in the Alternative Partial Summary Judgment, and having found that good cause exists.

**IT IS ORDERED** that the Motion for Summary Judgment or in the Alternative Partial Summary Judgment, is hereby GRANTED that judgment in favor of Defendants shall be entered accordingly.

DATED: August 18, 2017     *David O. Carter*
                               Honorable David O. Carter
                               U.S. DISTRICT COURT JUDGE

Cummings, McClorey,
Davis, Acho
& Associates, P.C.
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

– 2 –

**JUDGMENT**